**Electronically Filed
Supreme Court
SCWC-30472
24-MAY-2012
08:50 AM**

SCWC-30472

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

DONNA W. KUEHU, Petitioner/Claimant-Appellant,

vs.

UNITED AIRLINES, INC.,
Respondent/Employer-Appellee, Self-Insured,

and

GALLAGHER BASSETT SERVICES, INC.,
Respondent/Third-Party Administrator-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30472; CASE NO. AB 2007-142 (2-05-10623) (2-06-06908))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Acoba, JJ.,
Circuit Judge Nacino, in place of Duffy, J., recused,
and Circuit Judge Ahn, in place of McKenna, J., recused)

Petitioner/Claimant-Appellant Donna W. Kuehu's

application for writ of certiorari filed on April 16, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, May 24, 2012.

Donna W. Kuehu, petitioner,
pro se                                    /s/ Mark E. Recktenwald

Jennifer M. Yusi (Rush Moore            /s/ Paula A. Nakayama
LLP) for respondents
                                         /s/ Simeon R. Acoba, Jr.

                                         /s/ Edwin C. Nacino

                                         /s/ Karen S. S. Ahn

